HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENDRA L. BOSTWICK and TODD M. BOSTWICK, together with their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>WHATCOM HUMANE SOCIETY, a non-profit organization; LAURA CLARK, together with her marital community; WHATCOM COUNTY, WASHINGTON, a government entity,<br><br>Defendants. | Case No. 2:18-cv-00298 JLR<br><br>STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION |

It is hereby stipulated by and between the parties hereto and their counsel of record that the attached Withdrawal and Substitution of Attorney for Whatcom County in the matter referenced above be approved by the Court. A proposed Order granting leave for attorney Quinn to withdraw and attorney Dingler to appear on behalf of defendant, Whatcom County in the above-entitled matter is submitted contemporaneously herewith.

//

//

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION
CASE NO. 2:18-CV-00298 JLR

PAGE 1

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

DATED this 17th day of April, 2018.

BULLIVANT HOUSER BAILEY PC

/s/ Wilhelm Dingler
Wilhelm Dingler, WSBA #13474
E-mail: wilhem.dingler@bullivant.com

*Substituting Attorneys for Defendant Whatcom County*

DATED this 17th day of April, 2018.

WHATCOM COUNTY PROSECUTING ATTORNEY'S OFFICE

/s/ Christopher D. Quinn
Christopher D. Quinn, WSBA #34695
Civil Deputy Prosecuting Attorney for Whatcom County
cquinn@co.whatcom.wa.us

*Withdrawing Attorneys for Defendant Whatcom County*

DATED this 17th day of April, 2018.

BUTLER BESCHEN LAW PLLC

/s/ Emily C. Beschen (per email authorization)
Emily C. Beschen, WSBA#43813
Butler Beschen Law PLLC
103 E. Holly Street, Ste 512
Bellingham, WA 98225
360.734.3448
emily@rdbutlerlaw.com

*Attorneys for Plaintiffs Kendra L. Bostwick and Todd M. Bostwick*

DATED this 17th day of April, 2018.

ROY, SIMMONS, SMITH & PARSONS, PS

Jill Smith, WSBA#30645
1223 Commercial Street
Bellingham, WA 98225
360.752.2000
Jill@royandsimmons.com

*Attorneys for Defendants Whatcom Humane Society, Laura Clark, and Rebecca Crowley*

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION
CASE NO. 2:18-CV-00298 JLR

PAGE 2

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

DATED this 17th day of April, 2018.

BULLIVANT HOUSER BAILEY PC

/s/ Wilhelm Dingler
Wilhelm Dingler, WSBA #13474
E-mail: wilhem.dingler@bullivant.com

*Substituting Attorneys for Defendant Whatcom County*

DATED this 17th day of April, 2018.

WHATCOM COUNTY PROSECUTING ATTORNEY'S OFFICE

/s/ Christopher D. Quinn
Christopher D. Quinn, WSBA #34695
Civil Deputy Prosecuting Attorney for Whatcom County
cquinn@co.whatcom.wa.us

*Withdrawing Attorneys for Defendant Whatcom County*

DATED this 17th day of April, 2018.

BUTLER BESCHEN LAW PLLC

Emily C. Beschen, WSBA#43813
Butler Beschen Law PLLC
103 E. Holly Street, Ste 512
Bellingham, WA 98225
360.734.3448
emily@rdbutlerlaw.com

*Attorneys for Plaintiffs Kendra L. Bostwick and Todd M. Bostwick*

DATED this 17th day of April, 2018.

ROY, SIMMONS, SMITH & PARSONS, PS

Jill Smith, WSBA#30645
1223 Commercial Street
Bellingham, WA 98225
360.752.2000
Jill@royandsimmons.com

*Attorneys for Defendants Whatcom Humane Society, Laura Clark, and Rebecca Crowley*

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION
CASE NO. 2:18-CV-00298 JLR

PAGE 2

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

## ORDER

This matter having come before the Court on the stipulation of the parties to permit attorney Christopher D. Quinn, WSBA #34695, to withdraw his appearance on behalf of defendant Whatcom County and to permit attorney Wilhelm Dingler, WSBA #13474, to enter his appearance on behalf of defendant Whatcom County, and the Court being otherwise duly and fully advised in the premises, it is hereby,

ORDERED, ADJUDGED and DECREED that the stipulation is approved and the Notices of Withdrawal and Substitution of Attorneys for Whatcom County be entered of record in the above-entitled matter.

May 23, 2018

_____
HONORABLE JAMES L. ROBART

Presented by:

BULLIVANT HOUSER BAILEY PC

By /s/ Wilhelm Dingler
Wilhelm Dingler, WSBA #13474
E-mail: wilhelm.dingler@bullivant.com
Substituting Attorneys for Whatcom County.

WHATCOM COUNTY PROSECUTING ATTORNEY'S OFFICE

By /s/ Christopher D. Quinn
Christopher D. Quinn, WSBA #34695
Civil Deputy Prosecuting Attorney for Whatcom County
cquinn@co.whatcom.wa.us
Withdrawing Attorneys for Defendant Whatcom County

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION
CASE NO. 2:18-CV-00298 JLR

PAGE 3

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

BUTLER BESCHEN LAW PLLC

*/s/ Emily C. Beschen (per email authorization)*
Emily C. Beschen, WSBA#43813
103 E. Holly Street, Ste 512
Bellingham, WA 98225
360.734.3448
emily@rdbutlerlaw.com
Attorneys for Plaintiffs Kendra L. Bostwick
and Todd M. Bostwick


ROY, SIMMONS, SMITH & PARSONS, PS

_____
Jill Smith, WSBA#30645
1223 Commercial Street
Bellingham, WA 98225
360.752.2000
Jill@royandsimmons.com
Attorneys for Defendants Whatcom
Humane Society, Laura Clark, and
Rebecca Crowley

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION
CASE NO. 2:18-CV-00298 JLR

PAGE 4

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

1 | BUTLER BESCHEN LAW PLLC

2 |

3 | Emily C. Beschen, WSBA#43813
103 E. Holly Street, Ste 512
4 | Bellingham, WA 98225
360.734.3448
5 | emily@rdbutlerlaw.com
Attorneys for Plaintiffs Kendra L. Bostwick
6 | and Todd M. Bostwick

7 |

8 |
ROY, SIMMONS, SMITH & PARSONS, PS
9 | /s/ Jill Smith

10 | Jill Smith, WSBA#30645
1223 Commercial Street
11 | Bellingham, WA 98225
12 | 360.752.2000
Jill@royandsimmons.com
13 | Attorneys for Defendants Whatcom
Humane Society, Laura Clark, and
14 | Rebecca Crowley

15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION
CASE NO. 2:18-CV-00298 JLR

PAGE 4

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2018, I caused to be delivered as indicated below a copy of the foregoing to the following counsel of record:

Emily C. Beschen
Robert D. Butler
Butler Beschen Law PLLC
103 E. Holly Street, Ste 512
Bellingham, WA 98225
360.734.3448
emily@rdbutlerlaw.com
bob@rdbutlerlaw.com

**Attorneys for Plaintiffs Kendra L. Bostwick and Todd M. Bostwick**

Christopher D. Quinn
Whatcom County Prosecuting Attorney
311 Grand Ave., Ste 201
Bellingham, WA 98225
360.778.5710
cquinn@co.whatcom.wa.us

**Attorneys for Defendant Whatcom County**

Jill Smith
Roy, Simmons, Smith & Parsons, PS
1223 Commercial Street
Bellingham, WA 98225
360.752.2000
Jill@royandsimmons.com

**Attorneys for Defendants Whatcom Humane Society, Laura Clark, and Rebecca Crowley**

☐ U.S. Mail
☐ E-mail
☒ E-service
☐ Messenger

/s/ Susan Horiuchi
Susan Horiuchi, Legal Assistant
Susan.Horiuchi@bullivant.com

4826-5290-0962.1

STIPULATION AND ORDER OF WITHDRAWAL AND SUBSTITUTION
CASE NO. 2:18-CV-00298 JLR

PAGE 5

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930